**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: | ) Case No. 08-10704 |
| | ) |
| **Raylene G. Gilbert,** | ) Chapter 13 |
| | ) |
| **DEBTOR(S)** | ) Judge Jeffery P. Hopkins |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Fifth Third Bank (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $267.74. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Fifth Third Bank

By: /s/ Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) Case No. 08-10704 |
| | ) |
| **Raylene G. Gilbert,** | ) Chapter 13 |
| | ) |
| **DEBTOR(S)** | ) Judge Jeffery P. Hopkins |

### NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

Greg Griffith of American Property Locators, Inc., as attorney-in-fact has filed paper with the court to obtain payment of all funds held by the court for Fifth Third Bank.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, then on or before twenty-one (21) days from the date set forth in the certificate of service for the application, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to: Clerk, United States Bankruptcy Court, SOUTHERN DISTRICT OF OHIO, 221 East 4th Street, Suite 800, Cincinnati, OH  45202 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to :

Greg Griffith, American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 and to the names and addresses of others being served.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further hearing or notice.

        Fifth Third Bank

        By: /s/  Greg Griffith
        Greg Griffith
        American Property Locators, Inc.
        Attorney-in-fact
        3855 South Boulevard, Suite 200
        Edmond, OK  73013
        (405) 340-4900

Dated:   January 4, 2012

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041Et. Seq. was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on January 4, 2012.

By: /s/  Greg Griffith

SERVICE LIST
Raylene G. Gilbert, CASE NO. 08-10704

United States Attorney
Attn:  Civil Process Clerk
221 East 4th Street, Suite 400
Cincinnati, OH  45202

Office of the U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202

Case Trustee
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

Debtor's Counsel
Kathleen D Mezher
8075 Beechmont Avenue
Cincinnati, OH 45255

Debtor
Raylene G. Gilbert

P.O. Box 102
Goshen, OH 45122

## LIMITED POWER OF ATTORNEY

Fifth Third Bank, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents arising from the bankruptcy of Raylene G. Gilbert, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 21 day of Dec, 2011

PRINCIPAL:
Fifth Third Bank
EIN: 31-0854433
By: _____
Title: A.V.P BK Mgr

PRINCIPAL'S ADDRESS:

1850 E. Paris Mall (codeROPS05)
Grand Rapids, MI 49546

### ACKNOWLEDGMENT

STATE OF MICHIGAN)

COUNTY OF KENT )

Before me a Notary Public, in and for said County and State on this 21 day of December, 2011, personally appeared Collen Trapp to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its Bankruptcy Manager, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: _____

_____
Notary Public

STACEY C. VANCE
NOTARY PUBLIC – STATE OF MICHIGAN
COUNTY OF OTTAWA
MY COMMISSION EXPIRES 01/25/2014
Acting in the County of Kent



# FIFTH THIRD BANK

**Colleen Trapp**
Assistant Vice President
Bankruptcy Manager

Tel. 616-653-7606
Fax 616-653-9020
Toll Free 877-812-0490
colleen.trapp@53.com

1850 East Paris, CSC1
MD ROPS05
Grand Rapids, MI 49546



| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
|---|---|---|---|
| BHCPR Peer Reports | FAQ | | |
| **Institution History** | | | |

You asked for:
**FIFTH THIRD BANK**

This institution has become a branch and been renamed (see Institution History). The current information is:
**ONE VANDENBERG CENTER BRANCH**
ONE VANDENBERG CENTER
GRAND RAPIDS, MI, UNITED STATES 49503

Institution Type: Domestic Branch of a Domestic Bank
RSSD ID: 913940
Head Office: FIFTH THIRD BANK

**Financial Data**

Financial statements for this institution type are not available.

NIC Home  |  FAQ  |  Help  |  Contact Us



| FFIEC home | Federal Reserve Board home |
| --- | --- |
| Accessibility | Disclaimer | Privacy Policy |

**NIC Home** | **Institution Search** | **FBO Search** | **Top 50 BHCs** |
**BHCPR Peer Reports** | **FAQ**

**Institution History for** FIFTH THIRD BANK (723112)

6 institution history record(s) found.                             < Previous  Page 1   Next >

| Event Date | Historical Event |
| --- | --- |
| 1959-12-31 | FIFTH THIRD UNION TRUST COMPANY located at 38 FOUNTAIN SQ PLAZA, CINCINNATI, OH was established as a State Member Bank. |
| 1969-03-13 | FIFTH THIRD UNION TRUST COMPANY was **renamed** to FIFTH THIRD BANK. |
| 1979-01-01 | FIFTH THIRD BANK was **renamed** to FIFTH THIRD BANK, THE. |
| 1995-04-01 | FIFTH THIRD BANK, THE **split and formed** FIFTH THIRD BANK OF NORTHEASTERN OHIO. |
| 1998-11-03 | FIFTH THIRD BANK, THE was **renamed** to FIFTH THIRD BANK. |
| 2006-03-31 | FIFTH THIRD BANK **moved** to 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH. |

Page 1 of 1

NIC Home   |   FAQ   |   Help   |   Contact Us